**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                          Civil Action No. 1:13-cv-03673-MJG

JOHN DOE, subscriber assigned IP address
68.55.147.125,

    Defendant.

                                                /

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 68.55.147.125. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  January 23, 2014

                                                Respectfully submitted,

                                                By:  /s/ *Jon A. Hoppe*
                                                Jon A. Hoppe, Esquire
                                                jhoppe@mhhhlawfirm.com
                                                MADDOX, HOPPE, HOOFNAGLE & HAFEY, L.L.C.
                                                1401 Mercantile Lane #105
                                                Largo, Maryland 20774
                                                Phone:  301-341-2580
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ Jon A. Hoppe
                                            Jon A. Hoppe