FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JAN 24  A 11: 51

~~CLERK'S OFFICE~~
AT BALTIMORE

BY_____  DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                      Civil Action No. 1:13-cv-03673-MJG

JOHN DOE, subscriber assigned IP address
68.55.147.125,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE**, Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 68.55.147.125. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 23, 2014

                                            Respectfully submitted,

                                            By:   /s/ *Jon A. Hoppe*
                                            Jon A. Hoppe, Esquire
                                            jhoppe@mhhhlawfirm.com
                                            MADDOX, HOPPE, HOOFNAGLE &
                                            HAFEY, L.L.C.
                                            1401 Mercantile Lane #105
                                            Largo, Maryland 20774
                                            Phone: 301-341-2580
                                            *Attorney for Plaintiff*

SO ORDERED, on Friday, January 24, 2014.

                                 /s/
                       Marvin J. Garbis
                United States District Judge